UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60320 CR-COHN

MAGISTRATE JUDGE SNOW

18 U.S.C. § 1960
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

EDI MULYANTO,

Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.
DEC 15 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. EDI MULYANTO was the President and an authorized signatory on bank accounts of Indo Connection, Inc.

2. Indo Connection, Inc., was a business incorporated in the State of Florida, with its principal place of business in Ft. Lauderdale, Florida.

### COUNT 1

Paragraphs 1 and 2 of the "General Allegations" portion of this Indictment are realleged and incorporated as if fully set forth herein.



From at least January 2004, through in or about September 2004, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**EDI MULYANTO,**

did knowingly conduct, control, manage, supervise and direct all or part of an unlicensed money transmitting business affecting interstate and foreign commerce in any manner or degree, which was operated without an appropriate money transmitting license in Florida, a State where such operation is punishable as a misdemeanor or a felony under State law, and failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and regulations prescribed under such section; in violation of Title 18, United States Code, Sections 1960 and 2.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
ELOISA D. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**05-60320CR-COHN**

UNITED STATES OF AMERICA

vs.

EDI MULYANTO,

Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY**
**MAGISTRATE JUDGE**
**SNOW**

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami  ___ Key West
_X_ FTL    ___ WPB    ___ FTP

New Defendant(s)          Yes ___  No ___
Number of New Defendants        ___
Total number of counts          ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  _No_
   List language and/or dialect  _____

4. This case will take  _5_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                            (Check only one)

   I    0 to 5 days        _X_        Petty        ___
   II   6 to 10 days       ___        Minor        ___
   III  11 to 20 days      ___        Misdem.      ___
   IV   21 to 60 days      ___        Felony       _X_
   V    61 days and over   ___

   FILED by _____ D.C.
   MAG. SEC.
   DEC 15 2005
   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. - MIAMI

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No.                _____
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  _X_ Yes  ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
   If yes, was it pending in the Central Region?  ___ Yes  ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  ___ Yes  _X_ No

_____
ELOISA DELGADO FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0999768

*Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Edi Mulyanto

Case No 05-60320 CR-COHN    MAGISTRATE JUDGE SNOW

Count #: 1

Unlicensed Money Transmitting Business

18 U.S.C. § 1960

* **Max.Penalty**:   5 Years Imprisonment

Counts #:

FILED by _____ D.C.
MAG. SEC.
DEC 1 5 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. : MIAMI

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

Federal Grand Jury
Indictment Number
PC 0401-49